**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NITESH NITESH,

Petitioner,

v.

WARDEN, Facility Administrator of the Adelanto ICE Processing Center, et al.,

Respondents.

CASE NO. 5:26-cv-04941-CV-SK

**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS**

Pursuant to 28 U.S.C. § 636(b), the Court has reviewed the filed Report and Recommendation to Grant Petition for Writ of Habeas Corpus and any relevant records as needed. Because the deadline for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The petition under 28 U.S.C. § 2241 is GRANTED for the reasons in the Report and Recommendation. Petitioner **NITESH NITESH (A# 240-418-171)** is ORDERED RELEASED FORTHWITH from custody on the same terms and conditions as in his May 2023 order of release on recognizance. Judgment will be entered accordingly.

IT IS SO ORDERED.

DATED: 9/19/26

Cynthia Valenzuela

CYNTHIA VALENZUELA
United States District Judge