**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NITESH NITESH,<br>Petitioner,<br>v.<br>WARDEN, Facility Administrator of the Adelanto ICE Processing Center, et al.,<br>Respondents. | CASE NO. 5:26-cv-04941-CV-SK<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation to Grant Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the petition under 28 U.S.C. § 2241 is granted in Petitioner's favor. Petitioner NITESH NITESH (A# 240-418-171) shall be released forthwith from custody on the same terms and conditions as in his May 2023 order of release on recognizance.

The Court Clerk is directed to close this case.

DATED: 9/19/26

Cynthia Valenzuela
CYNTHIA VALENZUELA
United States District Judge